Clerks's Office
United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE
ASSIGNMENT

Civil action __08__ CV __1554__ was assigned to Judge

__WEINSTEIN__ and Magistrate Judge __MANN__

as related to __07-CV-1310__ on __April 15__, 2008.

A copy of the complaint is attached.

A copy of this Notice will be docketed.

cc: Chambers of Assigned Judge and Magistrate Judge
    Case File