FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 12 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

ORDER

04-MD-1596

------------------------------------------------------------x

LINDA A. WALDMAN, Derivatively on Behalf of the Nominal Defendant,

Plaintiff,

08-CV-560

v.

SIDNEY TAUREL, ALAN BREIER, JOHN LECHLEITER, CHARLES M. BEASLEY, JR., GERHARD MAYR, GARY D. TOLLEFSON, WINFRIED BISCHOFF, J. MICHAEL COOK, FRANKLYN G. PRENDERGAST, KATHI P. SEIFERT, GEORGE M.C. FISHER, ALFRED G. GILMAN, KAREN N. HORN, MARTIN S. FELDSTEIN, J. ERIK FYRWALD, ELLEN R. MARRAM, and JOHN DOES 1-10,

Defendants,

and

ELI LILLY & COMPANY,

Nominal Defendant.

------------------------------------------------------------x

LAURIE G. ROBBINS, Derivatively on Behalf of the Nominal Defendant,

Plaintiff,

08-CV-1471

v.

SIDNEY TAUREL, M.D. ALAN BREIER, CHARLES LECHLEITER, CHARLES M. BEASLEY, JR., GERHARD MAYR, GARY D. TOLLEFSON, WINFRIED BISCHOFF, J. MICHAEL COOK, FRANKLYN G. PRENDERGAST, KATHI P. SEIFERT, GEORGE M.C. FISHER, ALFRED G. GILMAN, KAREN N. HORN, MARTIN S. FELDSTEIN, J. ERIK FYRWALD, ELLEN R. MARRAM, and JOHN DOES 1-10,

Defendants,



and

ELI LILLY & COMPANY,

Nominal Defendant.

-----------------------------------------------------------x

CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, Derivatively on Behalf of the Nominal Defendant,

Plaintiff,

08-CV-1554

v.

SIDNEY TAUREL, JOHN C. LECHLEITER, SIR WINFRIED BISCHOFF, J. MICHAEL COOK, FRANKLYN G. PRENDERGAST, KATHI P. SEIFERT, GEORGE M.C. FISHER, ALFRED G. GILMAN, MARTIN S. FELDSTEIN, J. ERIK FYRWALD, KAREN N. HORN, ELLEN R. MARRAM, SIR JOHN ROSE, CHARLES E. GOLDEN, STEVEN C. BEERING, AUGUST M. WATANABE, LINDA LAY, ALVA O. WAY, RANDALL L. TOBIAS, J. CLAYBURN LAFORCE, JR., ALAN BREIER, CHARLES M. BEASLEY, JR., GARY D. TOLLEFSON, GERHARD N. MAYR,

Defendants,

and

ELI LILLY & COMPANY,

Nominal Defendant.

-----------------------------------------------------------x

**JACK B. WEINSTEIN, Senior United States District Judge:**

Pending before the court are the three above-captioned Zyprexa-related shareholder derivative suits. Other Zyprexa-related derivative suits were filed in other courts. *See, e.g.*, *N.A. Lambrecht v. Taurel*, No. 08-CV-68 (S.D. Ind.); *Solomon v. Taurel*, No. 49D12 08 (Marion County Ct. Ind.); *Staehr v. Taurel*, No. 49D02 08 09CT013786 (Marion County Ct. Ind.).

At a status conference on May 29, 2008, parties in the cases pending in this court agreed to join a settlement process agreement being implemented in *N.A. Lambrecht v. Taurel*, No. 08-CV-68 (S.D. Ind.).

A settlement of all pending Zyprexa-related derivative actions has been reported. *See, e.g.*, John Russell, *Lilly Moves Target Ethics, Compliance*, Indianapolis Star, Mar. 9, 2010, at A6 (attached); Tom Murphy, *Eli Lilly Agrees to Settle Shareholder Lawsuit*, Bioscience Tech., Mar. 8, 2010 (attached), at *http://www.biosciencetechnology.com/News/FeedsAP/2010/03/eli-lilly-agrees-to-settle-shareholder-lawsuit/*.

In light of the announced settlement, the clerk is directed to close the above-captioned cases. If issues arise in the execution of the settlement, the parties may apply to the court to reopen proceedings.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: March 9, 2010
Brooklyn, New York



Copyright 2010 The Indianapolis Star
All Rights Reserved
The Indianapolis Star (Indiana)

March 9, 2010 Tuesday
Final Edition

**SECTION:** BUSINESS; Pg. A6

**LENGTH:** 374 words

**HEADLINE:** Lilly moves target ethics, compliance

**BYLINE:** By, John Russell

**BODY:**

Eli Lilly and Co. has agreed to add four new senior positions to "promote highly ethical and compliant behaviors" as part of a settlement of two lawsuits arising from the company's illegal marketing and promotion of drugs.

The Indianapolis drug maker also has agreed to upgrade its policies and procedures to ensure that patient safety "shall be of paramount importance," according to a government filing the company made Monday.

The new positions that Lilly has agreed to create are a vice president for global compliance strategy, vice president of global ethics, a senior director of enterprise risk management and a project manager to implement and monitor the new policies. The salaries were not included in the filing.

Last year, Lilly paid $1.4 billion, the largest criminal fine ever imposed on a U.S. corporation, over the illegal marketing of the antipsychotic drug Zyprexa. The company also pleaded guilty to a misdemeanor and agreed to additional oversight to resolve a 5-year-old federal investigation.

Federal prosecutors had said Lilly unlawfully promoted Zyprexa for agitation, aggression, hostility, dementia, depression and generalized sleep disorder, although the drug was approved only for schizophrenia and bipolar disorder.

The company also had improperly marketed Evista, its osteoporosis drug, and Prozac, its antidepressant.

In response, several shareholders sued the company, claiming it breached fiduciary duty in connection with the illegal marketing, exposing Lilly to substantial risk of damage. The suits are known as "derivative claims" as they were brought by shareholders on behalf of the company, rather than on behalf of shareholders, seeking to force the company to take corrective steps.

Lilly has agreed to pay $35,000 to the named shareholders and $8.75 million for attorneys' fees, including about $450,000 for plaintiffs' fees.

Lilly spokesman Mark Taylor said the positions are all new and are in the process of being filled. All four people would report to Anne Nobles, Lilly's chief ethics and compliance officer.

The settlement must be approved by a federal judge next month. It would cover two of seven "derivative shareholder" cases pending in three courts.

Call Star reporter John Russell at (317) 444-6283.

**LOAD-DATE:** March 9, 2010

Case 1:08-cv-01554-JBW-RLM Document 8 Filed 03/12/10 Page 5 of 7 PageID #: 66

Bioscience TECHNOLOGY

Log in | Register

Directory Publications Sections News Products Multimedia Cc

Home > News





RSS Feeds Newsletters Bookmarks

[-] Text [+]

# Eli Lilly agrees to settle shareholder lawsuit

By TOM MURPHY - AP Business Writer - Associated Press Monday, March 8, 2010

Email Print 0 tweets tweet

Eli Lilly and Co. has agreed to settle a shareholder lawsuit over marketing practices that have already cost the drugmaker more than $2 billion in settlements and legal fees stemming from other cases.

The Indianapolis drugmaker could pay nearly $9 million in attorney fees and other expenses under the latest resolution, which would conclude a so-called derivative case brought by shareholders against Lilly directors on behalf of the company.

The 2008 case accused company leaders of breaching their fiduciary duty to Lilly and damaging the company through improper marketing of Lilly's top-seller, the anti-psychotic Zyprexa, as well as the antidepressant Prozac and the osteoporosis treatment Evista.

Last year, Lilly agreed to a then-record $1.42 billion settlement with federal prosecutors over allegations of Zyprexa marketing violations. Prosecutors accused Lilly of pushing their drug to treat several conditions beyond the scope of its approved uses.

The U.S. Food and Drug Administration has approved marketing Zyprexa to treat schizophrenia and bipolar disorder. But court documents showed Lilly sales representatives also marketed the drug to treat generalized sleep disorder, aggression, Alzheimer's-related dementia and depression, among other unapproved uses, from 1999 through 2003.

Doctors can prescribe drugs for unapproved uses, but companies aren't allowed to market drugs for those uses.

Lilly also has paid more than $1.2 billion to resolve other civil lawsuits regarding the drug, many alleging illegal marketing.

The latest proposed settlement requires Lilly to pay a relatively small amount, $8.75 million in attorney fees and expenses, according to documents filed Monday with the Securities and Exchange Commission.

It also calls for the drugmaker to take several steps to improve corporate governance and risk management. Lilly agreed to create new positions that include a vice president for global compliance strategy and enterprise risk management and a vice president for global ethics.

The company also agreed to providing training for its U.S.-based affiliates and include adherence to Lilly's conduct code as an element in performance evaluations.

Lilly faces a total of seven shareholder derivative lawsuits. The proposed settlement is tied to two cases

News

Origin Agritech
1 hour ago

Cardiac Scien Defibrillators (I CardioLife, NK Class I Recall
2 hours ago

Allergan CEO compensation
3 hours ago

Eli Lilly agrees lawsuit
3 hours ago

3M to buy Car company MTI
3 hours ago

LED streetligh researchers re
4 hours ago

XenoPort slas
5 hours ago

Case 1:08-cv-01554-JBW-RLM Document 8 Filed 03/12/10 Page 6 of 7 PageID #: 67

filed in U.S. District Court for the Southern District of Indiana. But Lilly spokesman Mark Taylor said the settlement also is subject to approval by two other courts.

All seven cases will be resolved if the other courts approve the settlement, Taylor said.

Join the Discussion

Rate Article: Average 0 out of 5

register or log in to comment on this article!

0 COMMENTS

ADD COMMENT

Text Only 2000 character limit

Add Comment

Page 1 of 1

Most Popular

STAY INFOR

Magazine a

## Research Exchange

Application Notes | White Papers | Posters | Journal Articles | Ask the Experts

### Publishing Data That Conform to the MIQE Guidelines

**Jan 22**

Minimum information for publication of Quantitative Real-Time PCR Experiments (MIQE) guidelines help researchers design qPCR experiments.

### Calibration Free Analysis to Measure the Concentration of Active Proteins

**Nov 23 2009**

An SPR-based method, Calibration Free Concentration Analysis can be used to accurately determine the concentration of active protein in a sample, relating to the specific binding activity of the protein, and without the need for a standard.

### Advances in EMCCD Technology: Making Imaging Less Arbitrary

**Nov 16 2009**

Recent advances in EMCCD technology have solved the problem of non-standardized measurement units by using the photoelectron to standardize imaging experiments.

### 10 Tips for Successful Sample Concentration and Buffer Exchange

**Nov 6 2009**

Centrifugal devices with ultrafiltration (UF) membrane can solve common problems researchers face when working with proteins.

MULTIMEDIA

**Video:**

N
Di
ar
E

**Nov 8 2009**

Dennis Choi, dire Neuroscience Ce groundbreaking r cord injury.

**Podcasts:**

Al
Bı
Oc
Di
are both the mou human cortex prc the importance o

neuroscience res

Chromatography Techniques
Drug Discovery & Development
Lab Design News
Laboratory Equipment
Pharmaceutical Processing
R&D Magazine
Scientific Computing

**Information:**

About Us | Contact Us | Advertise With Us
Sitemap | Privacy Policy
Terms & Conditions

©2010 Advantage Business Media - All Rights Reserved

**Stay in Touch:**

RSS Feeds

Podcasts